◼ In the Matter of COUNTRY-WIDE INSURANCE COMPANY, Appellant, v DEYANIRA BALDERA, Respondent. [934 NYS2d 725]— ◼

Contrary to the petitioner's contentions, the Supreme Court properly denied its petition to vacate an arbitration award, and confirmed the award (*see generally* CPLR 7511 [b] [1] [iv]; *Matter of Channel Textile Co. v Items, Inc. of Cal.*, 156 AD2d 302 [1989]). Skelos, J.P., Leventhal, Belen and Roman, JJ., concur.